# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-09-406-R**                                     **DATE: JUNE 24, 2009**

**TITLE: THE PRUDENTIAL INSURANCE CO OF AMERICA -V- EVA NORRIS et al**
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| <u>William Horrell</u> | <u>  N/A  </u> |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                              Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON JULY 6, 2009 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL AS TO ANSWERING DEFENDANT PAUL R. NORRIS, AND FOR FAILURE TO MOVE FOR DEFAULT OF ALL OTHER NON-ANSWERING DEFENDANTS.  ATTENDANCE AT THE HEARING IS MANDATORY;  FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

**cc: counsel of record**


**MINUTES FORM II**                                            **Initials of Deputy Clerk  WH**
**CIVIL - GEN**                              **D-M**