| | |
|---|---|
| 1 | Renée Welze Livingston (SBN 124280) |
| | Jason G. Gong (SBN 181298) |
| 2 | LIVINGSTON LAW FIRM |
| | A Professional Corporation |
| 3 | 1600 South Main Street, Suite 280 |
| | Walnut Creek, CA  94596 |
| 4 | Tel:  (925) 952-9880 |
| | Fax: (925) 952-9881 |

JS-6

cc: Fiscal

Attorneys for Plaintiff
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Case No.  CV09-0406 R |
| Plaintiff, | FINAL JUDGMENT |
| vs. | |
| EVA NORRIS, as an individual, and as guardian of I.N., I.N., a minor child, JOANNE WHEELER, as an individual, and as trustee of The Estate of Paul B. Norris, and PAUL R. NORRIS, as an individual, and as trustee of The Estate of Paul B. Norris, | Complaint Filed:  January 16, 2009 |
| Defendants. | |

On this date, October 7, 2009, after careful consideration it is hereby:

**ORDERED** that The Prudential Insurance Company of America ("Prudential") pay Paul R. Norris the amount of $400,000.00 less attorneys' fees, plus claim interest, if any, which represents the full death benefit owed under Group Policy number G-32000 (the "Plan") issued by Prudential on the life of Paul B. Norris (the "Death Benefit").

**FURTHER ORDERED** that upon the payment of the Death Benefit to Paul R. Norris, Prudential shall be, and hereby is, dismissed from the above-captioned action with prejudice and discharged from any and all liability to the Defendants and relating to the Plan and/or the Death

---

*The Prudential Insurance Company of America v. Norris, et al.*
Proposed Final Judgment

1

1  Benefit, and for the parties to be, and hereby are, permanently enjoined from making any further
2  actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or
3  unliquidated, arising out of or in connection with Prudential relating to the Plan and/or the Death
4  Benefit due thereunder.

5     **FURTHER ORDERED** that the amount of $24,000.00 be awarded to Prudential out of
6  the Death Benefit for its attorneys' fees and costs.

8  **SIGNED** on this day the 7th day of October, 2009.

_____
**UNITED STATES DISTRICT JUDGE**

---

*The Prudential Insurance Company of America v. Norris, et al.*
Proposed Final Judgment

2